UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MILLER<br><br>  *Plaintiff*,<br>v.<br><br>JUDICIAL COUNCIL OF THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT;<br>JUDGE THOMAS M. HARDIMAN, in his official capacity;<br>JUDGE PATTY SHWARTZ, in her official capacity,<br><br>  *Defendants*. | Civ. No. 5:25-cv-04633-JFL |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Michael Miller, pro se, hereby appeals to the United States Court of Appeals for the Third Circuit from:

1. The Order entered on August 14, 2025 (ECF 7) dismissing the complaint for lack of subject-matter jurisdiction; and

2. The Order entered on August 18, 2025 (ECF 9) denying Plaintiff's timely motion to alter or amend judgment under Fed. R. Civ. P. 59(e) and 52(b).

These orders together constitute the final judgment of the district court.

Respectfully submitted,<br>
*/s/ Michael Miller*<br>
Michael Miller<br>
108 N. Reading Road, F, 246<br>
Ephrata, Pennsylvania 17522<br>
reaganfive@protonmail.com<br>
717-388-0163

Dated: August 19, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by e-filing a true and correct copy of the foregoing document to the parties as needed for this response through the clerk's office:

Clerk of Court
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Respectfully submitted,
*/s/ Michael Miller*
Michael Miller
108 N. Reading Road, F, 246
Ephrata, Pennsylvania 17522
reaganfive@protonmail.com
717-388-0163

Dated: August 19, 2025