# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 20, 2025 2:31PM

High Time Properties LLC

| Rcpt. No: 20031641 | | Trans. Date: Aug 20, 2025 2:31PM | | | Cashier ID: #ST (2383) |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | OTCnet Check | #1088 | 08/20/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: 25-cv-4633

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.